CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 2 9 2008

JOHN F. CORCORAN, CLERK
BY: _S. Taylor_
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DARREL A. WHITE | ) | |
| Plaintiff, | ) | Civil Action No. 7:08-cv-00527 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| WARDEN WATSON, et al., | ) | By: Samuel G. Wilson |
| Defendants. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that this action is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1); White's motion

to proceed in forma pauperis is **DENIED** as **MOOT**; and this case is **STRICKEN** from the active

docket of the court.

The Clerk of the Court is directed to send certified copies of this Order and accompanying

Memorandum Opinion to the plaintiff and counsel of record for the defendant, if known.

**ENTER**: This 29/M day of September, 2008.

_____
United States District Judge